GERALD R. ARMSTRONG *vs.* SIDNEY STONE. April 24, 1981. Judgment was properly entered for the defendant (a) in light of and for reasons given by the master in par. 11 of his subsidiary findings and in pars. 4b, 5, 8, 9 and 12 of his general findings and (b) for the reason given by the judge when he denied the plaintiff's motion to strike the aforementioned pars. 8, 9 and 12 and allowed the defendant's motion to adopt the

master's report. *Creed* v. *Apog*, 6 Mass. App. Ct. 365, 372-373 (1978), modified on another point, 377 Mass. 522 (1979). Contrast *Lipis* v. *Landano*, 7 Mass. App. Ct. 894 (1979). The plaintiff's reliance on *Tristram's Landing Inc.* v. *Wait*, 367 Mass. 622, 629 (1975), *Kinchla* v. *Welsh*, 8 Mass. App. Ct. 367, 370-371 (1979), and *Kenny* v. *DiCenso*, 10 Mass. App. Ct. 835 (1980), is misplaced.

*Judgment affirmed.*

*John P. Connor, Jr.*, for the plaintiff.

*Robert W. Harrington* (*Judith E. Diamond* with him) for the defendant.